# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE: January 22, 2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 3:43:33 PM
CHRISTOPHER A. PRINE
Clerk

TO:        14TH  COURT OF APPEALS

From:     Deputy Clerk: PHYLLIS WASHINGTON
          Chris Daniel, District Clerk
          Harris County, T E X A S

CAUSE:    2014-21879

VOLUME ____    PAGE ____    OR     IMAGE # 63552330 & 63829740

DUE: 02-02-15                  ATTORNEY TBN #24049753

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH COURT OF APPEALS

DATE ORDER SIGNED:   12-16-14  &  01-13-15

MOTION FOR NEW TRIAL/MOTION TO RECONSIDER DATE FILED:  12-29-14

REQUEST TRANSCRIPT DATE FILED     NO REQUEST– RULE 34.5

NOTICE OF APPEAL DATE FILED:     01-21-15

NUMBER OF DAYS: ( CLERKS RECORD ) 10- Possible Post Judgment Filing Pending 14TH

FILE ORDERED:  YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐

CODES FOR NOTICE OF APPEAL:  D, OA

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
PHYLLIS WASHINGTON, Deputy

BC       NOTICE OF APPEAL FILED
BG        NOTICE OF APPEAL FILED – GOVERNMENT
C        JUDGMENT BEING APPEALED
D -       ACCELERATED APPEAL
OA        NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA        AMENDED NOTICE OF APPEAL

## NO. 2014-21879

| | | |
|---|---|---|
| **BRENDA STEWART** | § | **IN THE DISTRICT** |
| | § | **COURT** |
| | § | |
| **vs.** | § | **AT LAW NO. 61** |
| | § | |
| **SOUTH CENTRAL** | § | **HARRIS COUNTY, TEXAS** |
| **HOUSTON** | § | |
| **ACTION d/b/a CENTRAL** | § | |
| **CARE** | § | |
| **COMMUNITY HEALTH** | § | |
| **CENTER** | § | |

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, South Central Houston Action d/b/a Central Care Community Health Center (herein "CCCHC"), the defendant in the above-styled and numbered action, files this notice of appeal to either the First or Fourteenth Court of Appeals. Defendant desires to appeal from the judgment rendered against defendant by the 61st Court of Harris County, Texas, on January 13, 2015, Denying Defendant's Motion to Dismiss and Set Aside.

Dated January 21, 2015.

Respectfully submitted,

By: /s/ Roxell Richards
Roxell Richards
Federal ID. No.: 618254
TBN: 24049753

6420 Richmond Ave. ste. 462
Houston, Texas 77057
Telephone: (713) 974-0388
Facsimile: (713) 974-0003
rr@roxellrichards.com
Attorney-in-Charge for
Defendant South Central
Houston Action d/b/a Central
Community Health Center

## CERTIFICATE OF SERVICE

I certify that on the 21st day of January, 2015, a true and correct copy of Defendant's Notice of Appeal was served by, facsimile, regular mail, certified mail-return receipt requested or hand delivered to Plaintiff by and through her attorney of record, Nikelya Johnson (Texas State Bar 24065505) VIA FAX 888-819-5612.

1/5/2015 5:12:45 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 3656814
By: KIRBY, TERESA A

CAUSE NO. 2014-21879

| | | |
|---|---|---|
| BRENDA STEWART, COURT | § | IN THE DISTRICT |
| Plaintiff, | § | |
| | § | |
| | § | 61st JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| SOUTH CENTRAL HOUSTON ACTION | § | |
| COUNSEL, INC. d/b/a SOUTH CENTRAL | § | JURY DEMANDED |
| HOUSTON COMMUNITY HEALTH | § | |
| CENTER d/b/a CENTRAL CARE | § | |
| COMMUNITY HEALTH CENTER | § | HARRIS COUNTY, TEXAS |

## ORDER DENYING DEFENDANT'S
## MOTION TO RECONDERD ORDER DENYING MOTION TO DISMISS

On this day, came to be heard, Defendant's, South Central Houston Action Counsel, Inc. d/b/a South Central Houston Community Health Center d/b/a Central Care Community Health Center's Motion to Reconsider Order Denying Defendant's Motion to Dismiss.

After considering the pleadings, the motions, response, and arguments of counsel, the Court finds that Defendant's Motion to Reconsider Order Denying Defendant's Motion to Dismiss is without merit and should be in all things DENIED.

IT IS THEREFORE ORDERED by this Court that the Defendant's Motion to Reconsider Order Denying Defendant's Motion to Dismiss is DENIED.

IT IS ORDERED that this Court's December 16, 2014 Order Denying Defendant's Motion to Dismiss and Awarding Plaintiff $500.00 in attorney's fees is upheld.

IT IS FURTHER ORDERED that that Plaintiff be awarded $_____ in attorney's fees for costs incurred responding to Defendant's Motion to Reconsider Order Denying Defendant's Motion to Dismiss pursuant to TEX. R. CIV. P. 91a;

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

JAN 1 3 2015

ORDERED, and signed and entered on this _____ day of _____,

2015.

_____
JUDGE PRESIDING

2

CAUSE NO. 2014-21879

| | | |
|---|---|---|
| BRENDA STEWART, | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| | § | 61st JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| SOUTH CENTRAL HOUSTON ACTION | § | |
| COUNSEL, INC. d/b/a SOUTH CENTRAL | § | JURY DEMANDED |
| HOUSTON COMMUNITY HEALTH | § | |
| CENTER d/b/a CENTRAL CARE | § | |
| COMMUNITY HEALTH CENTER | § | HARRIS COUNTY, TEXAS |

## ORDER DENYING DEFENDANT'S
## MOTION TO DISMISS

On this day, came to be heard, Defendant's, South Central Houston Action Counsel, Inc. d/b/a South Central Houston Community Health Center d/b/a Central Care Community Health Center's Rule 91a Motion to Dismiss.

After considering the pleadings, the motions, response, and arguments of counsel, the Court finds that Defendant's Rule 91a Motion to Dismiss is without merit and should be in all things DENIED.

IT IS THEREFORE ORDERED by this Court that the Defendant's Motion to Dismiss is DENIED and this case shall continue to trial;

IT IS ORDERED by this Court that Plaintiff be awarded $ 500⁰⁰/ₓₓ in attorney's fees and costs pursuant to TEX. R. CIV. P. 91a;

IT IS FURTHER ORDERED by this Court that Sanctions be instituted against Defendant in the amount of $_____ for frivolously filing its untimely Rule 91a Motion to Dismiss.

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ORDERED, and signed and entered on this _____ day of _____,
DEC 1 6 2014

2014.

_____
JUDGE PRESIDING

2

## NO. 201421879

| | | |
|---|---|---|
| **BRENDA STEWART** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **AT LAW NO 61** |
| | § | |
| **SOUTH CENTRAL HOUSTON** | § | **HARRIS COUNTY, TEXAS** |
| **ACTION d/b/a CENTRAL CARE** | | |
| **COMMUNITY HEALTH** | | |
| **CENTER** | | |

## DEFENDANT'S MOTION TO RECONSIDER ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND AWARDING ATTORNEY FEES

Defendant, South Central Houston Action, Inc. d/b/a Central Care Community Health Center (collectively, "CCCHC"), hereby move pursuant and under the authority of Texas Rules of Civil Procedure 91a and files this Motion to Set Aside the ruling issued on December 16, 2014 thereunder.

## I.

On December 16, 2014, this court signed an order denying Defendants Motion to dismiss Plaintiff's Amended Petition and Order awarding attorneys fees to Plaintiff. Attached hereto as Exhibit A.

## II.

Rule 91a of the Tex. R. Civ. P. 91a set outs specific procedures and mandates for a rule 91a motion to dismiss. The procedures outlined in Rule 91a were not followed in this case. The rules states:

> **91a.3 Time for Motion and Ruling.** A motion to dismiss must be:
> (a) filed within 60 days after the first pleading containing the challenged

1

cause of action is served on the movant;
(b) filed at least 21 days before the motion is heard; and
*(c) granted or denied within 45 days after the motion is filed.*

*Emphasis added.* Tex. R. Civ.91a.3 (See Appendix)

In the case at hand, Defendant filed its motion to dismiss Plaintiff's amended Petition on October 9, 2014. Plaintiff filed her response on October 31, 2014. The hearing on the aforementioned motion was November 7, 2014. The Court issued its ruling denying the motion on December 16, 2014, some *67* days after the motion was filed. See Exhibit B attached hereto. Thus the procedures outlined in Rule 91a were not followed in this case.

## III

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court withdraw the Orders signed on December 16, 2014. The Defendant further requests such other relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

South Central Houston Action Council d/b/a Central Care Community Health Center.

By:_____
Roxell Richards, Esq.

Roxell Richards, Esq.
Roxell Richards and Associates
6420 Richmond Ave., ste. 462
Houston, Texas 77057
713-974-0388
713-974-0003

# FIAT

The Order to Defendant denying Motion to Dismiss and awarding attorneys fees signed by the court on December 16, 2014 is hereby WITHDRAWN AND STAYED, and Defendant's Motion to Reconsider Orders Denying Motion to dismiss and awarding attorney fees

IS HEREBY SET FOR A HEARING ON THE _____ DAY OF _____, 2014 AT _____ A.M./P.M.


_____
Judge Presiding

## Certificate of Service

I hereby certify that on December 29, 2014, I faxed Defendant's CCCHC's Defendant's Motion to Reconsider Orders Denying Motion to dismiss and awarding attorney fees at 1-888-819-5612.

By:_____
Roxell Richards, Esq.

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 23, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____  -  INT
                      GENERAL PARTY INQUIRY            PAGE:    1  -    1

CASE NUM: 201421879__  PJN> __   TRANS NUM: _____  CURRENT COURT: 61  PUB? _
CASE TYPE: BREACH OF CONTRACT              CASE STATUS: READY DOCKET
STYLE: STEWART, BRENDA                VS SOUTH CENTRAL HOUSTON ACTION COUN
================================================================================
                      **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM  NUMBER                                         STAT
_     00005-0001 AGT        SOUTH CENTRAL HOUSTON ACTION C
_     00004-0001 DEF 24049753 CENTRAL CARE COMMUNITY HEALTH    RICHARDS, ROX
_     00003-0001 DEF 24049753 SOUTH CENTRAL HOUSTON COMMUNIT   RICHARDS, ROX
_     00002-0001 DEF 24049753 SOUTH CENTRAL HOUSTON ACTION C   RICHARDS, ROX
_     00001-0001 PLT 24065505 STEWART, BRENDA                  JOHNSON, NIKE



==> (5) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```